John Ashcroft  **RETURN OF SERVICE**  CAB-03-172

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/01/03 |
| NAME OF SERVER (PRINT) Jodi Goodwin | TITLE Attorney |

② 

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CMRRR #7001 2510 0006 8915 9161

United States District Court
Southern District of Texas
FILED
OCT 30 2003
Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/01/03
　　　　　　　Date

Signature of Server

1322 E. Tyler Ave., Harlingen TX 78550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

WASHINGTON, DC 20530

| | | |
|---|---|---|
| Postage | $ 1.29 | UNIT ID: 0077 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMB6V5 |
| Total Postage & Fees | $ 5.34 | 10/02/03 |

7001 2510 0006 5915 9161

Sent To: John Ashcroft    98-183
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave., N.W., Ste 5111
City, State, ZIP+4: Washington, D.C. 20530-0001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
John Ashcroft
950 Pennsylvania Ave, N.W., Ste 5111
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
[illegible] OCT 0 6 2003

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0006 5915 9161

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835