IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 2 2003

Michael N. Milby
Clerk of Court

MIGUEL ANGEL AVINA-FABELA, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO.
) B-03-172
A.G. WINFREY, et al. )
)
    Respondents. )
_____ )

**RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO FILE
RESPONDENTS' MOTION TO DISMISS
THE PETITION FOR WRIT OF HABEAS CORPUS
WITH INCORPORATED POINTS AND AUTHORITIES**

COME NOW the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and moves the Court for leave to file their motion to dismiss the petition for writ of habeas corpus in this case.

The attorney assigned to this case, Lisa Putnam, Special Assistant U.S. Attorney, suffers from a degenerative lung disease. On November 24, 2003, Ms. Putnam fractured a rib, which significantly impeded her intake of oxygen. On November 25, 2003, she was hospitalized with severe breathing problems. She has been released from the hospital, but remains on oxygen and is still under doctor's care. She will not be released to return to work until after her medical appointment on December 17, 2003.

Because of her absence, the filing deadline for responsive pleadings in this case has passed. Responsive pleadings were due on or before December 8, 2003.

This continuance is not sought for purposes of delay only, but that justice may be done.

Opposing counsel, Jodi Goodwin, has indicated that she is not opposed to the granting of this motion.

Therefore, for the foregoing reasons, Respondents respectfully request that the Court grant them leave in order to file responsive pleadings.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

December 12, 2003

2

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Leave to File Respondents' Motion to Dismiss the Petition for Writ of Habeas Corpus with Incorporated Points and Authorities was mailed via first class mail, postage prepaid to:

> Jodi Goodwin, Esquire
> 1322 E. Tyler Ave.
> Harlingen, TX  78550

on this 12th day of December, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney

3