IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 5 2004

Michael N. Milby
Clerk of Court

MIGUEL ANGEL AVINA-FABELA,       )
                                 )
    Petitioner,                  )
                                 )
v.                               )   CIVIL ACTION NO.
                                 )   B-03-172
A.G. WINFREY, et al.             )
                                 )
    Respondents.                 )
_____)


**UNOPPOSED MOTION TO HOLD IN ABEYANCE**


The issues raised by the Petitioner herein are identical or similar to those recently addressed in Salazar-Regino v. Trominski., No. CA B-02-045, and the cases that have been consolidated with it. Salazar-Regino, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of Salazar-Regino, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings in this case should be held

in abeyance pending a final resolution of <u>Salazar-Regino</u> and the consolidated cases.

                                            Respectfully submitted,

                                            MICHAEL T. SHELBY
                                            United States Attorney
                                            Southern District of Texas

                                            _/s/ Lisa M. Putnam_____
                                            LISA M. PUTNAM
                                            Special Assistant U.S. Attorney
                                            P.O. Box 1711
                                            Harlingen, Texas 78551
                                            Tel: (956) 389-7051
                                            Georgia Bar No. 590315
December 31, 2003                       Federal Bar No. 23937

2

**CERTIFICATE OF CONSULTATION**

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Jodi Goodwin, Esquire
> 1322 E. Tyler Ave.
> Harlingen, TX 78550

on this the 31st day of December, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney