UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby,
Clerk of Court

| | |
|---|---|
| MIGUEL ANGEL AVINA-FABELA )<br>   Petitioner ) <br> ) <br> versus ) <br> ) <br> A.G. WINFREY, et al. ) <br>   Respondents ) | C.A. NO. B-03-172 |

**PETITIONER'S UNOPPOSED MOTION FOR STAY OF DEPORTATION**

On January 9, 2004, this Court issued an Order holding these proceedings in abeyance pending the final decision in Salazar-Regino v. Trominski, No. 03-41492. The Board of Immigration Appeals issued an Order on September 9, 2003 affirming the Immigration Judge's decision removing the Petitioner to Mexico.

Petitioner has recently appeared before the Immigration and Customs Enforcement (ICE) officer in Harlingen, Texas to have the Form I-94 (Temporary Proof of Lawful Resident Alien Status) extended while this litigation is pending. The ICE officer indicated that he would not renew the Form I-94 because there was a final administrative order of deportation that was not stayed by any court.

The undersigned spoke with Special Assistant United States Attorney, Lisa Putnam, on October 5, 2004, to determine whether or not she would have any objection to this Court staying the removal of the Petitioner until such time as there is a final resolution of the matter. Ms. Putnam indicated to the undersigned she did not object to the court granting a Motion for Stay of Deportation.

Petitioner prays that this Motion be granted and that the Court order his deportation from the United States to Mexico be stayed until such time as this matter has been brought to a final

resolution. Petitioner is an over-the-road tractor-trailer driver and needs his Form I-94 in order to cross through the Border Patrol's checkpoints leaving the Rio Grande Valley. Given his occupation, Petitioner requests this Motion be granted as quickly as convenient to the Court.

Respectfully submitted,

_/s/ Jodi Goodwin_

Jodi Goodwin, Esq.
Law Office of Jodi Goodwin
1322 East Tyler Avenue
Harlingen, Texas 78550
956-428-7212
956-428-7360 (fax)
Fed. ID: 20102
Texas Bar: 00793835

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served upon Lisa Putnam, SAUSA, US INS, by hand delivery to her office located at 1711 Zoy Street, Harlingen, Texas, on this the 6th day of October, 2004.

_/s/ Jodi Goodwin_

Jodi Goodwin, Esq.