UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL AVINA-FABELA | ) | |
|    Petitioner | ) | |
| | ) | C.A. NO. B-03-172 |
| versus | ) | |
| | ) | |
| A.G. WINFREY, et al. | ) | |
|    Respondents | ) | |

## ORDER

After considering the pleadings, Petitioner's Unopposed Motion for Stay of Deportation should be and is hereby GRANTED

IT IS FURTHER ORDERED that Petitioner's deportation from the United States to Mexico is STAYED until such time as there is a final resolution to this matter.

Done on this the _____ day of October, 2004.

_____
United States Magistrate Judge