United States District Court
Southern District of Texas
ENTERED

OCT 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MIGUEL ANGEL AVINA-FABELA  )
   Petitioner )
) C.A. NO. B-03-172
versus )
)
A.G. WINFREY, et al. )
   Respondents )

## ORDER

After considering the pleadings, Petitioner's Unopposed Motion for Stay of Deportation should be and is hereby GRANTED

IT IS FURTHER ORDERED that Petitioner's deportation from the United States to Mexico is STAYED until such time as there is a final resolution to this matter.

Done on this the 14TH day of October, 2004.

United States Magistrate Judge