IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIGUEL ANGEL AVINA-FABELA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | B-03-172 |
| A.G. WINFREY, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |

**ORDER TO TRANSFER**

The Respondents' unopposed motion to transfer is **GRANTED.** This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this _____ day of _____, 2005.

_____
United States District Court Judge