IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
United States District Court
Southern District of Texas
       ENTERED

    AUG 3 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____
```

| | |
|---|---|
| MIGUEL ANGEL AVINA-FABELA, | ) |
| Petitioner, | ) ) ) |
| v. | )  CIVIL ACTION NO. |
|  | )  B-03-172 |
| A.G. WINFREY, et al. | ) ) |
| Respondents. | ) ) |

## ORDER TO TRANSFER

The Respondents' unopposed motion to transfer is **GRANTED**. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, §106. The Clerk shall transmit the file forthwith.

Dated this 30 day of AUGUST, 2005.

_____
United States District Court Judge
    MAGISTRATE